**Gaylon Richard COX, Petitioner–Appellant,**

v.

**J. ANDREWS, Warden, Respondent–Appellee.**

No. 13–6225.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 25, 2013.

Gaylon Richard Cox, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

·Gaylon Richard Cox, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Cox v. Andrews*, No. 5:12–hc–02191–D (E.D.N.C. Jan. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*